MEYER KATZENBERG, Appellant, v. LAND ESTATES INCORPORATED and Others, Defendants, and FRANK McGOLDRICK, Respondent.— Order as resettled reserved on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. In our opinion, there was an abuse of discretion in granting the respondent's motion to open his default and to permit him to serve an answer. The moving papers and the proposed answer fail to show any defense to the plaintiff's cause of action. Lazansky, P. J., Carswell, Scudder and Tompkins, JJ., concur; Kapper, J., not voting.

SAMUEL S. KAUFMAN and Others, Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant, and CORDIAL REALTY CORPORATION and Others, Defendants.* — Order denying motion of defendant Title Guarantee and Trust Company to compel plaintiffs to serve a second amended complaint reversed on the law, with ten dollars costs and disbursements, and motion granted on authority of *Kuhn* v. *Title Guarantee & Trust Company* [*post*, p. 874], decided herewith. The amended complaint is to be served within twenty days upon payment of costs. Kapper, Hagarty and Davis, JJ., concur; Lazansky, P. J., and Young, J., dissent and vote to affirm.

RAY KOSSOY, as Executrix, etc., of BARNETT SHURE, Late of Rockaway Beach, Queens County, New York, Deceased, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.